The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 08-08,
KENNETH J. HIRZ, CLERK OF COURT

BY: /s/ KIM PEEL
DEPUTY CLERK

Dated: 10:11 AM October 16, 2009

BK0903621
SK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CANTON

| | |
|---|---|
| IN RE: | Case No. 09-62275 |
| Kelli Jo Bloodhart | Chapter 7 |
| Debtor | Judge Kendig |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (1070 WEST MAIN STREET, ASHLAND, OH 44805)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A..

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 1070 West Main Street, Ashland, OH 44805.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Jon J Lieberman, Case Attorney
Ohio Supreme Court #0058394
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3287
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

Jason Bloodhart, Interested Party
1070 W. Main St
Ashland, OH 44805
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Kelli Jo Bloodhart - Debtor
7 Vanderbilt Rd
Mansfield, OH 44904
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Anthony J. DeGirolamo - Trustee
Courtyard Centre, #307
116 Cleveland Avenue, NW
Canton, OH 44702
ajdlaw@sbcglobal.net
VIA ELECTRONIC SERVICE

Jon J Lieberman, Esq. - Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Douglas L. Thrush, Esq. - Attorney for Debtors
13 Park Ave W #314
Mansfield, OH 44902
douglaslt@embarqmail.com
VIA ELECTRONIC SERVICE